IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No: 21-cv-02005-RMR-KMT | Date: January 20, 2022 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Voodoo Leatherworks, LLC, | Nicholas Armstrong |
| Plaintiff, | |
| v. | |
| Waste Connections US, Inc, et al, | Eric Klein |
| | Terence Ridley |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**11:31 a.m.**     Court in session.

Court calls case. Appearances of counsel. Matter comes before the Court on Defendants' *Motion to Bifurcate Class and Merits Discovery* (Doc. No. 44) and *Motion to Stay Discovery Pending Resolution of Dispositive Motions* (Doc. No. 45). Court has reviewed the Plaintiff's briefs in opposition to both motions and Defendants' replies. Additional discussion held.

**ORDERED**:   For reasons put forth on the record, Defendants' *Motion to Stay Discovery Pending Resolution of Dispositive Motions* is **GRANTED**.

**ORDERED**:   For reasons put forth on the record, Defendants' *Motion to Bifurcate Class and Merits Discovery* is **DENIED WITHOUT PREJUDICE**.

**12:07 p.m.**     Court in recess.

Hearing concluded.
Total in-court time    00:36

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.