IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02005-RMR-MDB

VOODOO LEATHERWORKS, LLC,

    Plaintiff,

v.

WASTE CONNECTIONS US, INC.,
WASTE CONNECTIONS OF COLORADO, INC.

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Regina M. Rodriguez entered on August 1, 2022 [ECF No. 68] it is

    ORDERED that Defendants' Motion to Dismiss for Lack of Standing and to Strike Class Action Allegations (ECF No. 37) is DENIED IN PART.

    FURTHER ORDERED that Defendants' Motion for Summary Judgment [ECF No. 38] is GRANTED. It is

    FURTHER ORDERED that judgment with prejudice is entered on behalf the of Defendants, Waste Connections US, Inc. and Waste Connections of Colorado, Inc., and against the Plaintiff, Voodoo Leatherworks, LLC.

    FURTHER ORDERED that Defendant shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment,

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 1st day of August, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver
Kally Myhaver, Deputy Clerk